UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.  
v.  
Joseph Mendoza

CITATION/CASE NO. 6:10-cr-021-MJS

**ORDER TO PAY**

SOCIAL SECURITY #: _____  
DATE of BIRTH: _____  
DRIVER'S LICENSE #: _____  
ADDRESS: _____  
_____  
City      State      Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____       _____  
                                                            Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

( ) **FINE** of $ _____      (X) **Penalty ASSESSMENT** of $ 25.00

( ) **PROCESSING Fee** of $ _____      for a **TOTAL AMOUNT** of $ 25.00 ,

paid within _____ days / months    **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL** - note late payments **could be subject to late/delinquent charges imposed by C.V.B..**

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____  
(✓) RESTITUTION _____  
(X) COMMUNITY SERVICE 100 hours _____ with fees not to exceed $ _____  
to be completed by 9/2/2011 _____ with Proof mailed to the Clerk of the Court.  
( ) Traffic School By: _____ with Proof mailed to _____  
(X) PROBATION to be unsupervised / supervised for: unsupervised probation for 12 months. Terms & conditions: Obey all laws, file proof of community service with court through carosel by 9/2/2011.

Payments **must** be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU     CLERK, U.S.D.C.     CLERK, U.S.D.C.  
PO Box 70939     501 'I' St., #4-200     2500 Tulare St., Rm 1501  
Charlotte, NC 28272-0939     Sacramento, CA 95814     Fresno, CA 93721  
1-800-827-2982  
Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 10/5/2011        _____  
                                    U.S. MAGISTRATE JUDGE

1) Page 1 - Clerk's Office; 2) Page 2 & 3 - for defendant          EDCA - Rev 3/2007