Susan St. .Vincent
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California    95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket 6:10-cr-00021-MJS |
| ) | |
| Plaintiff, ) | MOTION TO DISMISS; |
| ) | AND ORDER |
| v. ) | THEREON |
| ) | |
| JOSEPH MENDOZA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

Dated: December 15, 2011         NATIONAL PARK SERVICE

                                          /S/ Susan St. Vincent

                                         Susan St. Vincent
                                         Legal Officer

## ORDER

1
2
3        Upon application of the United States, and good cause having been shown therefor,
4   IT IS HEREBY ORDERED that the above referenced matter be dismissed, without prejudice, in the
5   interest of justice.
6
7
8
9        IT IS SO ORDERED.
10   Dated:   *December 19, 2011*          */s/ Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE
11
12
...
28